B6C (Official Form 6C) (4/13)

In re **Brenden Floyd,**
**Janet Viruet**
                                                                    , Case No. **14-20927**
Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☑ 11 U.S.C. §522(b)(2)
☐ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Husband's Exemptions** | | | |
| **Household Goods and Furnishings** | | | |
| **Bedroom, Living Room, Kitchen, Family Room, Basement & Sun-room furniture, 2 Tvs, Movie Projector/Surround Sound system, Computer** | **11 U.S.C. § 522(d)(3)** | 1,672.50 | 3,345.00 |
| | Total: | **1,672.50** | **3,345.00** |

__1__ continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/13) -- Cont.

In re **Brenden Floyd,** Case No. **14-20927**
**Janet Viruet**
,
Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Wife's Exemptions** | | | |
| **Household Goods and Furnishings** | | | |
| **Bedroom, Living Room, Kitchen, Family Room, Basement & Sun-room furniture, 2 Tvs, Movie Projector/Surround Sound system, Computer** | **11 U.S.C. § 522(d)(3)** | **1,672.50** | **3,345.00** |
| | Total: | **1,672.50** | **3,345.00** |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt

# United States Bankruptcy Court
### District of Connecticut

In re **Brenden Floyd / Janet Viruet** Debtor(s)

Case No. **14-20927**
Chapter **7**

## AMENDED
## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing document(s), consisting of __2__ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date **July 11, 2014**   Signature **/s/ Brenden Floyd**
**Brenden Floyd**
Debtor

Date **July 11, 2014**   Signature **/s/ Janet Viruet**
**Janet Viruet**
Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.